| | |
|---|---|
| STATE OF RHODE ISLAND<br>KENT, S.C. | SUPERIOR COURT |

RAYMOND BRADBURY
HEATHER BRADBURY,

      Plaintiffs,

v.

PHH MORTGAGE CORPORATION
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR GSAMP TRUST
2005-WMC1,

      Defendants.

C.A. NO. KC-2022-0130

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Civil Clerk's Office
         Kent County Superior Court
         Noel Judicial Complex
         222 Quaker Lane
         Warwick, RI 02886

         John B. Ennis, Esq.
         1200 Reservoir Avenue
         Cranston, RI 02920

      Pursuant to 28 U.S.C. § 1446(d), Defendant PHH Mortgage Corporation ("PHH") gives written notice that on March 23, 2022, PHH filed a Notice of Removal of the subject action from the Superior Court of Rhode Island, Kent County, to the United States District Court for the District of Rhode Island. A copy of the Notice of Removal is attached as <u>Exhibit A</u>. Pursuant to 28 U.S.C. § 1446(d), the state court shall proceed no further.

        Respectfully submitted,

        PHH MORTGAGE CORPORATION

        By: Its Attorney

        /s/ *Samuel C. Bodurtha*
        Samuel C. Bodurtha, Bar No. 7075
        HINSHAW & CULBERTSON LLP
        56 Exchange Terrace
        Providence, RI 02903
        401-751-0842
        401-751-0072  (facsimile)
        sbodurtha@hinshawlaw.com

Dated:     March 23, 2022

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that on this 23rd day of March 2022,

☒ I electronically filed and served this document through electronic filing system on the following parties:

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920
jbelaw75@gmail.com

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

        /s/ *Samuel C. Bodurtha*
        Samuel C. Bodurtha