UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND BRADBURY<br>HEATHER BRADBURY,<br><br>    Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY AS TRUSTEE FOR GSAMP TRUST<br>2005-WMC1,<br><br>    Defendants. | CIVIL ACTION NO. 1:22-cv-00116 |

**CORPORATE DISCLOSURE STATEMENT
OF PHH MORTGAGE CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PHH Mortgage Corporation ("PHH") discloses:

PHH is a nongovernmental corporation that is a direct subsidiary of Ocwen Financial Corporation, a publicly traded corporation.

Respectfully submitted,

PHH MORTGAGE CORPORATION

By: Its Attorney

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
sbodurtha@hinshawlaw.com

Dated:   March 23, 2022

2

## CERTIFICATE OF SERVICE

      I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2022.

                                   /s/ *Samuel C. Bodurtha*
                                   Samuel C. Bodurtha, Bar #7075

1049861\310350210.v1